800 UNION STREET CORP., Appellant, *v.* BOOKBEN REALTY CORP., Respondent.

Argued May 25, 1951; decided July 11, 1951.

*Max M. Bernstein* and *Edward Ingram* for appellant.

*Emanuel Harris, Francis M. Verrilli* and *Max E. Greenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.